Ana Carolina **CANALES–ESTRADA** and Tatiana Canales–Estrada, Petitioners,

v.

Eric H. **HOLDER**, Jr., Attorney General, Respondent.

No. 08–75109.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 14, 2011.

Edgardo Quintanilla, Quintanilla Law Firm, Inc., Sherman Oaks, CA, for Petitioners.

OIL, Sada Manickam, Esquire, Trial, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

MEMORANDUM **

Ana Carolina Canales–Estrada and Tatiana Canales–Estrada, natives and citizens

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of Honduras, petition for review of the Board of Immigration Appeals' ("BIA") order dismissing their appeal from an immigration judge's decision denying their applications for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184–85 (9th Cir.2006), and deny the petition for review.

Contrary to petitioners' contention, the BIA did not question their credibility, instead finding that even if petitioners identified a cognizable social group of young Christian women who oppose losing their virginity and/or Christian values and consequently refuse to acquiesce to sexual advances of gang members, the evidence did not support their assertion that gang members targeted them on this basis. Substantial evidence supports that finding. *See INS v. Elias–Zacarias*, 502 U.S. 478, 481 n. 1, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992) (to reverse the agency's finding "we must find that the evidence not only *supports* that conclusion, but *compels* it") (emphasis in original). Accordingly, petitioners' asylum and withholding of removal claims fail. *See Ochoa v. Gonzales*, 406 F.3d 1166, 1172 (9th Cir.2005).

**PETITION FOR REVIEW DENIED.**